**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**DAVID GROBER and VOICE
INTERNATIONAL, INC.,**

    **Plaintiffs,**

**v.**                                                                             **Case No: 5:15-mc-9-Oc-10PRL**

**MAKO PRODUCTS, INC., JORDAN
KLEIN, SR. , JORDAN KLEIN, JR.
and JOHN DANN**

    **Defendants.**

---

**ORDER**

Before the Court appears to be Jordan Klein, Sr., Jordan Klein, Jr., and John Dann's motion to quash or modify a subpoena. (Doc. 1). The subpoena appears to request the assets and records of Mako Products, Inc., to which the individual Defendants (whose relationship to Mako is not made clear) in a case that is not before this Court state that all assets and records were sold by a bankruptcy trustee and thus are no longer in their possession.

As an initial matter, the apparent motion lacks a certification pursuant to Local Rule 3.01(g). Local Rule 3.01(g) requires a party, before filing any motion in a civil case (with certain exceptions inapplicable here), to confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion. This failure alone is sufficient basis to deny the motion.

The motion also fails to provide a dispute upon which this Court could quash or modify the subpoena under Federal Rule of Civil Procedure 45(d)(3). That is, it fails to state what relief is being sought and, importantly, why. Indeed, other than what can be gleaned from its title, namely, that it is a "Motion to Quash or Modify Subpoena", it fails to contain a specific request

for relief or any discussion concerning why such relief is required or allowed by law. Accordingly, upon due consideration, the motion is due to be denied and the clerk is directed to close this case.

It appears from the docket that individuals are proceeding pro se, thus all communications may be sent to them at the following addresses taken from their filing:

>Jordan Klein, Sr.
>10197 SE 144th Place
>Summerfield, FL 34491

>Jordan Klein, Jr.
>10197 SE 144th Place
>Summerfield, FL 34491

>John Dann
>10197 SE 144th Place
>Summerfield, FL 34491

**THEREON** it is **ORDERED** that the motion is DENIED.

**DONE** and **ORDERED** in Ocala, Florida on September 23, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties